# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCELL C. BENNETT, )<br>  )<br>  Plaintiff, )<br>  )<br>vs. )<br>  )<br>DOUGLAS COUNTY, )<br>  )<br>  Defendant. ) | 8:04cv285<br><br>AMENDED ORDER SETTING<br>SCHEDULE FOR<br>PROGRESSION OF CASE |

This matter is before the court on filing no. 39, the defendant's Motion to Extend Progression Order Deadlines. In pro se cases, extensions of time are freely granted at the request of either party. Therefore, filing no. 39 is granted as set forth below.

**IT IS ORDERED:**

**Dispositive Motions**. All motions for summary judgment shall be filed by **March 15, 2006**.

**Deposition Deadline.** All depositions, whether or not they are intended to be used at trial, shall be completed by **March 1, 2006**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served sufficiently early to allow rule time response before that date.

**Pretrial Conference**. The pretrial conference will be set by further order of the court.

**Trial**. The trial of this matter will be set by further order of the court.

**Plaintiff's address**. The plaintiff shall keep the court informed of the plaintiff's current address at all times while this case is pending.

**DATED October 26, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**