IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCELL C. BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv285 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing nos. 52, 55 and 57, the Motions for Copies filed by the pro se plaintiff, Marcell C. Bennett.  The motions are granted, and the Clerk of Court shall send the plaintiff a docket sheet and a copy of filing nos. 1, 13 and 18 (with all attachments) without charge.  On the other hand, filing no. 50, the plaintiff's Motion for Reconsideration of the order denying appointment of counsel, must be denied. There is no "right to counsel" in a civil case, even in a civil rights action, Davis v. Scott, 94 F.3d 444, 447 (8th Cir. 1996), and the court cannot routinely appoint attorneys in civil cases, as there are rarely any funds to compensate them.

Also before the court are filing no. 56, the plaintiff's Motion for Status; and filing no. 60, the plaintiff's Motion to Compel and to Amend.  Filing nos. 56 and 60 are granted as follows, and in all other respects are denied: By no later than June 16, 2006, the defendant shall serve on the plaintiff and file with the court a copy of every "keep separate" request, directive or order (or anything similar or any notes of the same) received from the U.S. Marshal Service or any other federal entity by Douglas County, Nebraska, Douglas County Department of Corrections or the Douglas County Correctional Center ("DCCC") concerning the plaintiff (during any time the plaintiff was incarcerated at DCCC).  The defendant shall also serve on the plaintiff and file with the court the same kind of order(s), requests and directives received by the same entity or entities regarding Sterling McKoy.

THEREFORE IT IS ORDERED:

1.    That filing nos. 52, 55, 56, 57, and 60 are granted as set forth above; and

2.    That filing no. 50 is denied.

DATED this 6th day of June, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge